215 U. S. Cases Disposed of Without Consideration by the Court.

*Frederic C. Scofield* for appellant. *Mr. J. Parker Kirlin* and *Mr. Charles R. Hickox* for appellees.

---

No. 502. R. G. MULLEN, APPELLANT, *v.* FRED FORNOFF, CAPTAIN, ETC. Appeal from the District Court for the First Judicial District of the Territory of New Mexico. November 1, 1909. Dismissed with costs, on motion of counsel for appellant. *Mr. William P. Borland* for appellant. No appearance for appellee.

---

No. 44. OSWALD C. LUDWIG, AS SECRETARY OF STATE OF THE STATE OF ARKANSAS, APPELLANT, *v.* THE CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY. Appeal from the Circuit Court of the United States for the Eastern District of Arkansas. November 11, 1909. Dismissed, per stipulation. *Mr. George W. Hendricks, Mr. William H. Arnold, Mr. William F. Kirby* and *Mr. Hal L. Norwood* for appellant. *Mr. Thomas S. Buzbee* for appellee.

---

No. 219. ALPHONSE DUFAUR ET AL., APPELLANTS, *v.* THE UNITED STATES. Appeal from the District Court of the United States for the Northern District of Illinois. November 29, 1909. Dismissed per stipulation, on motion of *Mr. Solicitor General Bowers* for appellee. *Mr. Holmes Conrad* and *Mr. E. N. Zoline* for appellants. *The Attorney General* and *The Solicitor General* for appellee.